NEW-YORK,
May, 1823.

BUDD
v.
MALBURN·

</div>

<div style="text-align:center">Motion denied.(*a*)</div>

---

### BUDD *against* MALBURN.

SUDAM, moved to change the *venue*. After the cause was noticed for trial, the defendant obtained an order to stay proceedings with a view to this motion. The motion being refused,

*H. B. Davis,* asked for the costs of preparing for trial, and of resisting this application.

<div style="text-align:right">

Where, after a cause is noticed for trial, the defendant obtains an order to stay proceedings with a view to move to change the *venue*, and the

</div>

motion is refused, he must pay the costs of preparing for trial, up to the time of the order.

NEW-YORK,          The *Court* directed a rule, that the defendant pay the
May, 1823.      costs of the plaintiff, in preparing for trial, up to the time of
CLARK           the order to stay proceedings, but refused to allow the costs
v.              of resisting.
LAWRENCE.
                                               Rule accordingly.(*a*)

(*a*) So that the rule laid down in *Worthy* v. *Gilbert*, (4 *John. Rep.* 492,)
that on a motion to change the *venue*, no cost will be allowed on either side,
does not extend to the costs of *preparing for trial*, but merely to the costs
of the motion.   I think I have heard it ruled so before in this Court.
The decisions on changing the *venue* both in England and this state are ve-
ry conveniently and fully collected and arranged in 1 *Dunlap's Practice*
407 *to* 414.